UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SYNERGY PROPERTY DEVELOPMENT
CORP.,

                 Plaintiff,

    v.

ERIE INSURANCE COMPANY,

                 Defendant.

Civ. No. 1:26-CV-00066-LJV

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Synergy Property Development Corp. ("hereinafter "Synergy"), hereby provides the following disclosure statement:

1. Synergy is not a publicly held corporation or other public held entity.

2. Synergy does not have a parent entity.

3. No publicly traded corporation owns ten percent or more of Synergy.

4. Synergy is not a trade association.

5. There are no publicly held corporations or publicly held entities that has a direct financial interest in the outcome of this litigation.

Dated:   Buffalo, New York
         January 27, 2026

- 2 -

GROSS SHUMAN P.C.

By _____
David H. Elibol, Esq.
*Attorneys for Plaintiff*
465 Main Street, Suite 600
Buffalo, New York 14203
Tel: (716) 854-4300
E-mail: delibol@gross-shuman.com


TO:    Roy A. Mura, Esq.
       MURA LAW GROUP, PLLC
       *Attorneys for Defendant*
       14 Lafayette Square, Suite 930
       Buffalo, New York 14203
       Tel: (716) 855-2800
       E-mail: roy.mura@muralaw.com


Doc #1325083.1