UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SYNERGY PROPERTY DEVELOPMENT
CORP.,

                Plaintiff,

v.

ERIE INSURANCE COMPANY,

                Defendant.

**DECLARATION**

Case No. 1:26-cv-00066-LJV

Lisa Catalfu declares the following, pursuant to 28 USC §1746, under penalty of perjury:

1.      I am the Records Coordinator for the Law Division of Erie Insurance Group ("ERIE"), a group of insurance companies that includes the defendant, Erie Insurance Company.

2.      I work at ERIE's home office located at 100 Erie Insurance Place in Erie, Pennsylvania.

3.      My job responsibilities include opening, stamping and processing legal mail sent to ERIE's home office.

4.      Attached as **Exhibit A** is copy of a piece of legal mail, including its envelope, addressed to "James J. Tanous, General Counsel" that I opened, stamped and processed.

5.      December 18, 2025 is the date ERIE received that envelope and its documents within.

6.      I know this because I was the one who I stamped both the envelope and the first page of its contents with the date ERIE received them in the mail.

DATED:     February 16, 2026
              Erie, Pennsylvania

                                _Lisa Catalfu_
                                  Lisa Catalfu

MURA LAW GROUP, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816